# United States Bankruptcy Court
## District of Nevada

In re **SPOT HOLDINGS, INC.**   Case No. **13-51731**

Debtor(s)     Chapter **7**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,072,162.76 | Gross product sales revenue, 2012 |
| $872,007.52 | Gross product sales revenue, year to date 2013 |

---

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT       SOURCE

### 3. Payments to creditors

None 

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| See attachment to this statement | | | |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| Haws Corporation<br>1455 Kleppe Lane<br>Sparks, NV 89431<br>Holds controlling interest in Debtor Spot<br>Holdings | See attached listing of<br>payments made | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| R.D. JONES, STOP EXPERTS, INC. and RRFB<br>GLOBAL, INC., Plaintiffs, v. CARMANAH<br>TECHNOLOGIES CORPORATION; CARMANAH<br>TECHNOLOGIES (US) CORPORATION; and<br>SPOT DEVICES, INC., Defendants, Case No.<br>9:13-cv-80695 MOORE/TORRES | Breach of<br>contract | United States District Court for the<br>Southern District of Florida | Pending |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

# Spot Holdings, Inc Case 13-51731 Question 3. b

Spot Holdings LLC   Payment summary by date

| Bank account | WellsFargo | | Wells Fargo Bank | 9/10/2013 | 12:36:04 PM | |
|---|---|---|---|---|---|---|
| Date | Vendor account | | Name | Payment reference | Currency | Amount currency |
| 5/29/2013 | | | Payroll | | USD | -15,830.87 |
| 5/29/2013 | | | Payroll | | USD | -1,644.85 |
| 5/29/2013 | | | Payroll | | USD | -67.81 |
| 5/29/2013 | | | Payroll | | USD | -5,971.53 |
| Date | 5/29/2013 | | | | | -23,515.06 |
| 5/30/2013 | S-00215 | | Payroll Manual Checks | 1064 | USD | -754.16 |
| Date | 5/30/2013 | | | | | -754.16 |
| 6/7/2013 | S-00017 | | Digikey | 25413 | USD | -237.92 |
| 6/7/2013 | S-00275 | | EETechnologies Inc. | 25414 | USD | -4,905.60 |
| 6/7/2013 | S-00122 | | Grainger | 25415 | USD | -105.37 |
| 6/7/2013 | S-00046 | | McMaster Carr | 25416 | USD | -300.47 |
| 6/7/2013 | S-00318 | | Primus Electronics Corporation | 25417 | USD | -230.4 |
| 6/7/2013 | S-00078 | | Tripp Plastics | 25418 | USD | -587.89 |
| 6/7/2013 | S-00078 | | Tripp Plastics | 25419 | USD | -10,069.02 |
| 6/7/2013 | S-00081 | | UPS | 25420 | USD | -33.99 |
| Date | 6/7/2013 | | | | | -16,470.66 |
| 6/12/2013 | | | Payroll | | USD | -1,640.75 |
| 6/12/2013 | | | Payroll | | USD | -910.9 |
| 6/12/2013 | | | Payroll | | USD | -65.76 |
| 6/12/2013 | | | Payroll | | USD | -929.47 |
| 6/12/2013 | | | Wells Fargo Bank Fees | | USD | -270.31 |
| Date | 6/12/2013 | | | | | -3,817.19 |
| 6/13/2013 | S-00010 | | AT&T | 25429 | USD | -9.7 |
| 6/13/2013 | S-00089 | | Buckles - Smith | 25430 | USD | -549.94 |
| 6/13/2013 | S-00275 | | EETechnologies Inc. | 25431 | USD | -10,387.02 |
| 6/13/2013 | S-00036 | | International Component Technology | 25432 | USD | -22.39 |
| 6/13/2013 | S-00149 | | Lustre-Cal Nameplate Corp. | 25433 | USD | -1,616.00 |

Spot Holdings LLC    Payment summary by date                    9/10/2013    12:36:04 PM

| Bank account | WellsFargo | Wells Fargo Bank | Payment reference | Currency | Amount currency |
|---|---|---|---|---|---|
| Date | Vendor account | Name | | | |
| 6/13/2013 | S-00135 | Seacon Global Production S. de R.L. de C.V. | 25434 | USD | -3,121.55 |
| 6/13/2013 | S-00121 | Solartech Power, Inc. | 25435 | USD | -1,358.00 |
| 6/13/2013 | S-00365 | Traffic Signal Controls , INC | 25436 | USD | -644 |
| Date 6/13/2013 | | | | | -17,708.60 |
| 6/20/2013 | S-00072 | Battery Systems | 25437 | USD | -1,979.52 |
| 6/20/2013 | S-00017 | Digikey | 25438 | USD | -9.4 |
| 6/20/2013 | S-00275 | EETechnologies Inc. | 25439 | USD | -10,577.70 |
| 6/20/2013 | S-00046 | McMaster Carr | 25440 | USD | -1,112.76 |
| 6/20/2013 | S-00292 | NEMA Enclosures Manuf LLC. | 25441 | USD | -6,976.00 |
| 6/20/2013 | S-00121 | Solartech Power, Inc. | 25442 | USD | -238 |
| 6/20/2013 | S-00080 | Uline | 25443 | USD | -158.59 |
| 6/20/2013 | S-00081 | UPS | 25444 | USD | -141.14 |
| 6/20/2013 | S-00088 | Zumar | 25445 | USD | -60.21 |
| Date 6/20/2013 | | | | | -21,253.32 |
| 6/24/2013 | S-00215 | Payroll Manual Checks | 1065 | USD | -3,249.64 |
| Date 6/24/2013 | | | | | -3,249.64 |
| 6/26/2013 | | Payroll | | USD | -1,293.23 |
| 6/26/2013 | | Payroll | | USD | -808.15 |
| 6/26/2013 | | Payroll | | USD | -62.71 |
| 6/26/2013 | | Payroll | | USD | -2,701.41 |
| Date 6/26/2013 | | | | | -4,865.50 |
| 6/27/2013 | S-00089 | Buckles - Smith | 25446 | USD | -998.1 |
| 6/27/2013 | S-00017 | Digikey | 25447 | USD | -392.8 |
| 6/27/2013 | S-00232 | FedEx CA | 25448 | USD | -83.94 |
| 6/27/2013 | S-00122 | Grainger | 25449 | USD | -393.14 |
| 6/27/2013 | S-00037 | Jameco | 25450 | USD | -335.41 |
| 6/27/2013 | S-00167 | Key Polymer Corporation | 25451 | USD | -2,945.00 |
| 6/27/2013 | S-00045 | McCain | 25452 | USD | -1,375.00 |
| 6/27/2013 | S-00046 | McMaster Carr | 25453 | USD | -407.31 |
| 6/27/2013 | S-00230 | Nevada Dept of Taxation-Sales/Use | 25454 | USD | -170.06 |
| Date 6/27/2013 | | | | | -7,100.76 |

Spot Holdings LLC    Payment summary by date

Bank account    WellsFargo                                                      9/10/2013    12:36:04 PM

| Date | Vendor account | Name | Payment reference | Currency | Amount currency |
|------|----------------|------|-------------------|----------|-----------------|
| 7/11/2013 | | Payroll | | USD | -4,611.84 |
| 7/11/2013 | | Payroll | | USD | -808.13 |
| 7/11/2013 | | Payroll | | USD | -85.06 |
| 7/11/2013 | | Payroll | | USD | -1,695.02 |
| 7/11/2013 S-00203 | | JTB Supply Co | 25366 | USD | 1,968.00 |
| 7/11/2013 | | Wells Fargo Bank Fees | | USD | -270.64 |
| 7/11/2013 S-00010 | | AT&T | 25455 | USD | -149.64 |
| 7/11/2013 S-00011 | | B&J, Inc | 25456 | USD | -290.78 |
| 7/11/2013 S-00072 | | Battery Systems | 25457 | USD | -1,340.67 |
| 7/11/2013 S-00533 | | DETR | 25458 | USD | -475.99 |
| 7/11/2013 S-00017 | | Digikey | 25459 | USD | -268.6 |
| 7/11/2013 S-00275 | | EETechnologies Inc. | 25460 | USD | -510 |
| 7/11/2013 S-00203 | | JTB Supply Co | 25461 | USD | -1,968.00 |
| 7/11/2013 S-00534 | | Mangrove | 25462 | USD | -1,016.38 |
| 7/11/2013 S-00046 | | McMaster Carr | 25463 | USD | -3,083.79 |
| 7/11/2013 S-00049 | | Mouser Electronics | 25464 | USD | -183 |
| 7/11/2013 S-00059 | | Polara Engineering | 25465 | USD | -721.66 |
| 7/11/2013 S-00318 | | Primus Electronics Corporation | 25466 | USD | -1,382.40 |
| 7/11/2013 S-00067 | | Sierra Proto Express | 25467 | USD | -2,628.00 |
| 7/11/2013 S-00114 | | Silver State Wire & Cable | 25468 | USD | -683.96 |
| 7/11/2013 S-00121 | | Solartech Power, Inc. | 25469 | USD | -4,048.75 |
| 7/11/2013 S-00365 | | Traffic Signal Controls , INC | 25470 | USD | -1,840.00 |
| 7/11/2013 S-00080 | | Uline | 25471 | USD | -966.3 |
| Date | | | 7/11/2013 | | -27,060.61 |
| 7/17/2013 S-00208 | | Wells Fargo Bank - credit card | | USD | -513.27 |
| Date | | | 7/17/2013 | | -513.27 |
| 7/23/2013 S-00208 | | Wells Fargo Bank - credit card | | USD | -550.69 |
| Date | | | 7/23/2013 | | -550.69 |
| 7/24/2013 S-00208 | | Wells Fargo Bank - credit card | | USD | -475.82 |
| 7/24/2013 S-00208 | | Wells Fargo Bank - credit card | | USD | -824.84 |
| Date | | | 7/24/2013 | | -1,300.66 |

Spot Holdings LLC   Payment summary by date          9/10/2013          12:36:04 PM

Bank account   WellsFargo

| Date | Vendor account | Name | Payment reference | Currency | Amount currency |
|---|---|---|---|---|---|
| 7/25/2013 S-00533 | | Wells Fargo Bank | 25472 USD | | -9.81 |
| 7/25/2013 S-00019 | | DETR | 25473 USD | | -10,000.00 |
| 7/25/2013 S-00122 | | Emcore | 25474 USD | | -312.14 |
| 7/25/2013 S-00200 | | Grainger | 25475 USD | | -572.37 |
| 7/25/2013 S-00039 | | Jetronics Company | 25476 USD | | -180.77 |
| 7/25/2013 S-00149 | | K.R. Anderson Inc | 25477 USD | | -568.93 |
| 7/25/2013 S-00231 | | Lustre-Cal Nameplate Corp. | 25478 USD | | -50.48 |
| 7/25/2013 S-00230 | | Nevada Dept of Taxation | 25479 USD | | -74.79 |
| 7/25/2013 S-00318 | | Nevada Dept of Taxation-Sales/Use | 25480 USD | | -691.2 |
| | | Primus Electronics Corporation | | | |

Date   7/25/2013          -12,460.49

| 7/26/2013 | | Payroll | | USD | -4,588.57 |
| 7/26/2013 | | Payroll | | USD | -808.15 |
| 7/26/2013 | | Payroll | | USD | -63.06 |
| 7/26/2013 | | Payroll | | USD | -1,685.16 |

Date   7/26/2013          -7,144.94

| 7/31/2013 S-00208 | | Wells Fargo Bank - credit card | | USD | -399.29 |
| 7/31/2013 S-00215 | | Payroll Manual Checks | 1066 USD | | -711.12 |
| 7/31/2013 S-00215 | | Payroll Manual Checks | 1067 USD | | -757.69 |
| 7/31/2013 S-00215 | | Payroll Manual Checks | 1068 USD | | -1,741.68 |
| 7/31/2013 S-00215 | | Payroll Manual Checks | 1069 USD | | -2,340.41 |
| 7/31/2013 S-00215 | | Payroll Manual Checks | 1070 USD | | -6,657.81 |
| 7/31/2013 S-00215 | | Payroll Manual Checks | 1071 USD | | -6,657.81 |

Date   7/31/2013          -19,265.81

| 8/1/2013 S-00072 | | Battery Systems | 25481 USD | | -1,259.60 |
| 8/1/2013 S-00534 | | Mangrove | 25482 USD | | -1,016.38 |
| 8/1/2013 S-00046 | | McMaster Carr | 25483 USD | | -2,521.84 |
| 8/1/2013 S-00049 | | Mouser Electronics | 25484 USD | | -121 |
| 8/1/2013 S-00050 | | MS Sedco | 25485 USD | | -2,317.27 |
| 8/1/2013 S-00292 | | NEMA Enclosures Manuf LLC. | 25486 USD | | -6,976.00 |
| 8/1/2013 S-00059 | | Polara Engineering | 25487 USD | | -3,639.46 |
| 8/1/2013 S-00121 | | Solartech Power, Inc. | 25488 USD | | -4,396.00 |

**Spot Holdings LLC** — Payment summary by date — 9/10/2013 — 12:36:04 PM

**Bank account** WellsFargo — Wells Fargo Bank

| Date | Vendor account | Name | Payment reference | Currency | Amount currency |
|---|---|---|---|---|---|
| **Date** | | | | | |
| 8/1/2013 | S-00365 | Traffic Signal Controls , INC | 25489 | USD | -2,024.00 |
| 8/1/2013 | S-00080 | Uline | 25490 | USD | -292.87 |
| 8/1/2013 | S-00169 | Wholesale Solar | 25491 | USD | -597.5 |
| | | | 8/1/2013 | | -25,161.92 |
| **Date** | | | | | |
| 8/2/2013 | | Wells Fargo Bank Fees | | USD | -150.5 |
| **Date** | | | | | |
| 8/7/2013 | S-00208 | Wells Fargo Bank - credit card | | USD | -1,504.79 |
| 8/7/2013 | | Payroll | | USD | -66.41 |
| 8/7/2013 | | Payroll | | USD | -6,720.03 |
| | | | 8/7/2013 | | -8,291.23 |
| **Date** | | | | | |
| 8/8/2013 | S-00089 | Buckles - Smith | 25492 | USD | -673.96 |
| 8/8/2013 | S-00017 | Digikey | 25493 | USD | -232.83 |
| 8/8/2013 | S-00275 | EETechnologies Inc. | 25494 | USD | -16,900.10 |
| 8/8/2013 | S-00167 | Key Polymer Corporation | 25495 | USD | -380 |
| 8/8/2013 | S-00045 | McCain | 25496 | USD | -6,567.00 |
| 8/8/2013 | S-00202 | Numerex | 25497 | USD | -378.95 |
| 8/8/2013 | S-00313 | Pacific Crest Law Partners LLP | 25498 | USD | -2,687.50 |
| 8/8/2013 | S-00503 | Reno Forklift/Storage Systems | 25499 | USD | -58 |
| 8/8/2013 | S-00488 | Richard A Lamb | 550000 | USD | -5,108.81 |
| 8/8/2013 | S-00067 | Sierra Proto Express | 550001 | USD | -81.2 |
| 8/8/2013 | S-00114 | Silver State Wire & Cable | 550002 | USD | -617.07 |
| 8/8/2013 | S-00075 | Tapco | 550003 | USD | -2,174.41 |
| 8/8/2013 | S-00079 | Two One Nine Design | 550004 | USD | -911.62 |
| 8/8/2013 | S-00081 | UPS | 550005 | USD | -413.22 |
| 8/8/2013 | S-00088 | Zumar | 550006 | USD | -327.93 |
| | | | 8/8/2013 | | -37,512.60 |
| **Date** | | | | | |
| 8/12/2013 | | Wells Fargo Bank Fees | | USD | -118.5 |
| **Date** | | | | | |
| 8/15/2013 | S-00534 | Mangrove | 1072 | USD | -1,016.38 |
| 8/15/2013 | S-00230 | Nevada Dept of Taxation-Sales/Use | 1073 | USD | -13.71 |
| | | | 8/15/2013 | | -1,030.09 |

Spot Holdings LLC    Payment summary by date                                      9/10/2013        12:36:04 PM

| Bank account | WellsFargo | Wells Fargo Bank | | | |
|---|---|---|---|---|---|
| Date | Vendor account | Name | Payment reference | Currency | Amount currency |
| 8/26/2013 S-00208 | | Wells Fargo Bank - credit card | | USD | -394.67 |
| 8/26/2013 S-00208 | | Wells Fargo Bank - credit card | | USD | -519.62 |
| Date | | | 8/26/2013 | | -914.29 |
| 8/27/2013 S-00208 | | Wells Fargo Bank - credit card | | USD | -500.41 |
| 8/27/2013 S-00208 | | Wells Fargo Bank - credit card | | USD | -3,863.85 |
| 8/27/2013 | | | | USD | -1.94 |
| Date | | | 8/27/2013 | | -4,366.20 |
| 8/28/2013 | | Hartman & Hartman | 8/28/2013 Cashiers Check | USD | -7,506.00 |
| Date | | | | | -7,506.00 |

# Spot Holdings, Inc Case 13-51731 Question 3.c

| Name and Address of Creditor | Date of Payment | Amount Paid | Form | |
|---|---|---|---|---|
| Haws Corporation | 12/31/2012 | 100,000.00 | Cash Payment | |
| 1455 Kleppe Lane | | | | |
| Sparks, NV 89431 | | | | |
| Haws | 1/3/2013 | 860,000.00 | Forgiveness of debt Haws received Sima | |
| Haws | 1/3/2013 | 65,220.51 | Forgiveness of debt, Haws received assets (equipment, computers, office furniture) | |
| Haws | 9/30/2012 | 3,520.00 | Offset of debt for Cirrus Development costs | |
| Haws | 9/30/2012 | 142,354.92 | Offset of debt for Cirrus Development costs | |
| Haws | 9/30/2012 | 193,172.40 | Offset of debt for Cirrus Development costs | |
| Haws | 8/31/2012 | 9,337.60 | Offset of debt for Cirrus Development costs | |
| Haws | 9/30/2012 | 27,710.27 | Offset of debt for Cirrus Development costs | |
| Haws | 10/31/2012 | 25,065.46 | Offset of debt for Cirrus Development costs | |
| Haws | 11/30/2012 | 40,631.90 | Offset of debt for Cirrus Development costs | |
| Haws | 12/31/2012 | 56,461.59 | Offset of debt for Cirrus Development costs | |

B7 (Official Form 7) (04/13)
3

CAPTION OF SUIT
AND CASE NUMBER
TIMM PEDDIE, Plaintiff, v. SPOT DEVICES, INC.,
a Nevada corporation; HAWS CORPORATION, a
Nevada corporation; SPOT INVESTMENTS, LLC,
a Nevada company, JOHN PETTIBONE,
individually; ROE CORPORATIONS I through X,
inclusive; and DOES I through X, inclusive,
Defendants, Case No. CV13-01446

| NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|
| Breach of contract | Second Judicial District Court, State of Nevada, County of Washoe | Pending |

None
  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

NAME AND ADDRESS OF PERSON FOR WHOSE
BENEFIT PROPERTY WAS SEIZED                    DATE OF SEIZURE

DESCRIPTION AND VALUE OF
PROPERTY

---

**5. Repossessions, foreclosures and returns**

None
  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF
CREDITOR OR SELLER

DATE OF REPOSSESSION,
FORECLOSURE SALE,
TRANSFER OR RETURN

DESCRIPTION AND VALUE OF
PROPERTY

---

**6. Assignments and receiverships**

None
  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF ASSIGNEE

DATE OF
ASSIGNMENT

TERMS OF ASSIGNMENT OR SETTLEMENT

None
  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

NAME AND ADDRESS
OF CUSTODIAN

NAME AND LOCATION
OF COURT
CASE TITLE & NUMBER

DATE OF
ORDER

DESCRIPTION AND VALUE OF
PROPERTY

**7. Gifts**

None
  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF
PERSON OR ORGANIZATION

RELATIONSHIP TO
DEBTOR, IF ANY

DATE OF GIFT

DESCRIPTION AND
VALUE OF GIFT

### 8. Losses

None 

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hartman & Hartman<br>510 W. Plumb Lane<br>Suite B<br>Reno, NV 89509 | August 29, 2013 | $7,506.00, attorney's fees and petition filing fee |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Carmanah Technologies<br>250 Bay<br>Victoria BC<br>Canada V9A3K5<br>  None | January 4, 2013 | All assets transferred in exchange for 2.2 million shares plus potential earn out |
| Haws Corporation<br>1455 Kleppe Lane<br>Sparks, NV 89431<br>  Holds controlling interest in Spot | January 3, 2013 | See attached Bill of Sale with Exhibit A thereto |

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## BILL OF SALE

For good and valuable consideration (including, without limitation, partial debt forgiveness of monies owed to Haws Corporation by Spot Devices, Inc.), the receipt and sufficiency of which is hereby acknowledged, SPOT DEVICES, INC., a Nevada corporation ("**Spot**"), does hereby grant, sell, transfer, assign, contribute, convey and deliver to HAWS CORPORATION, a Nevada corporation, all of Spot's right, title and interest in and to only those assets described in EXHIBIT A attached hereto and incorporated herein by this reference.

Dated: January 3, 2013.


SPOT DEVICES, INC., a Nevada corporation

By: _John H. Pettibone_

Its: _CFo_

## EXHIBIT A

- Information Systems Equipment or IS
- Leasehold improvements
- Office furniture and equipment
- Oscilloscope
- VPN configuration, Setup and Concentrator
- Generators
- Vehicles
- All source code and metadata, including all source code revisions and revision history metadata, contained in Spot Device's source code repositories prior to January 1, 2011.
- All source code related to the following technologies, whether or not included in the Spot Device's source code repositories and without regard to the product name in use at the time, prior to January 1, 2011, along with all revisions thereto:
    1. SIMA Platform and Platform Components
    2. SIMA Intelligent Controllers, including, but not limited to, the programmable modem, the printed circuit assembly
    3. SIMA-connected products
    4. Data transport device
    5. Calendar viewer software
    6. SIMA Modem Configurator Tool
    7. SIMA Web Server Cluster
    8. SIMA Database Server Cluster
    9. SIMA Application Server Cluster
- SIMA-related user manuals, instructions and other documentation
- SIMA-related research and development, engineering and production documents
- SIMA-related testing data
- SIMA Sales Collateral
- SIMA Marketing Materials and Collaterals
- SIMA Customer Lists and Information
- SIMA Distributor Lists and Information
- Current and potential SIMA sales leads and opportunities
- Any and all SIMA Software related patents, including without limitation and whether listed or not the following patents:
    1. US Patent # 7,772,996 Alert and Warning System and Method
    2. US Patent # 8,193,949 Alert and Warning System and Method
    3. US Patent Application #13/466,036 Alert and Warning System and Method
- All SIMA-related marks owned by, and any registrations or pending applications for the registration of marks filed by or on behalf of Assignor, including, without limitation:
    1. SIMA
    2. System Infrastructure Management Application

# Spot Holdings, Inc Case 13-51731 Question 10a

Spot Holdings Assets transferred for consideration on 1/3/13 to Haws Corporation

| Asset ID | Description | Asset Cost | Accum Depr | Net Book Value | Location | usable | sold to Haw | GL | notes |
|---|---|---|---|---|---|---|---|---|---|
| 000050 | Oscilloscope | 2,482.89 | 1,717.34 | 765.55 | production | yes | yes | 16010 | |
| 000140 | VPN Configuration, Setup, and Concentrator | 7,598.37 | 4,369.08 | 3,229.29 | production | yes | yes | 16010 | |
| | | 10,081.26 | 6,086.42 | 3,994.84 | | | | | |
| 000190 | Dell Power Port Controller & Processors | 24,871.04 | 13,471.79 | 11,399.25 | 219 | yes | yes | 16100 | |
| 000200 | Dell Vostro 1500, Intel Core 2 Duo T5470 | 3,543.79 | 1,919.56 | 1,624.23 | 219 | yes | yes | 16100 | |
| 000760 | Toshiba Protege r500-s500x Laptop | 1,716.92 | 672.45 | 1,044.47 | Jon | yes | yes | 16100 | |
| | | 30,131.75 | 16,063.80 | 14,067.95 | | | | | |
| 000820 | Tessco Avalan 900 PTPT Link Wireless Router | 1,145.95 | 382.00 | 763.95 | 219 | yes | yes | 16110 | |
| 000310 | Computer Software | 4,060.00 | 4,060.00 | - | office | yes | yes | 16120 | |
| 001070 | U2 Leadership Software - Process D, Inc | 16,000.00 | 4,888.89 | 11,111.11 | office | yes | yes | 16120 | |
| | | 20,060.00 | 8,948.89 | 11,111.11 | | | | | |
| 000320 | Electrical Improvements | 1,974.51 | 1,151.79 | 822.72 | office | yes | yes | 16150 | |
| 000330 | Electrical Improvements | 5,589.19 | 2,934.33 | 2,654.86 | office | yes | yes | 16150 | |
| | | 7,563.70 | 4,086.12 | 3,477.58 | | | | | |
| 000020 | Server | 1,932.76 | 1,385.17 | 547.59 | 219 | yes | yes | 16200 | |
| 000480 | Cisco Catalyst Router | 9,351.05 | 4,363.84 | 4,987.21 | 219 | yes | yes | 16200 | |
| 000490 | Cisco ASA 5510 Sec Plus (Internet Firewalls) | 5,873.52 | 2,692.02 | 3,181.50 | 219 | yes | yes | 16200 | |
| 000010 | Desktop Computer | 1,631.74 | 1,196.58 | 435.16 | Jenn | yes | yes | 16200 | |
| 000220 | Duralabel Printer | 3,177.93 | 2,092.12 | 1,085.81 | production | yes | yes | 16200 | |
| 000240 | Dell Computer and Monitor | 2,261.47 | 1,413.44 | 848.03 | Roxanne | yes | yes | 16200 | |
| 000260 | Dell Notebook | 1,071.58 | 607.24 | 464.34 | Katie | yes | yes | 16200 | |
| 000270 | Dell Computer | 1,717.98 | 873.32 | 844.66 | Tyler | yes | yes | 16200 | |
| 000280 | IKEA Office Furniture | 1,101.01 | 688.13 | 412.88 | office | yes | yes | 16200 | |
| 000290 | IKEA Office Furniture | 4,321.40 | 2,700.88 | 1,620.52 | office | yes | yes | 16200 | |

# Spot Holdings, Inc Case 13-51731 Question 10a

*Spot Holdings Assets transferred for consideration on 1/3/13 to Haws Corporation*

| Asset ID | Description | Asset Cost | Accum Depr | Net Book Value | Location | usable | sold to Haw | GL | notes |
|---|---|---|---|---|---|---|---|---|---|
| 00300 | IKEA Office Furniture | 2,176.54 | 1,233.35 | 943.19 | office | yes | yes | 16200 | |
| 00470 | Dell Laptop | 1,172.54 | 547.17 | 625.37 | Thomas | yes | yes | 16200 | |
| 00540 | Dell Laptop #43658226O | 1,125.31 | 497.01 | 628.30 | Thomas | yes | yes | 16200 | |
| 00550 | Dell Laptop #43658486O | 1,299.95 | 563.33 | 736.62 | Engineering | yes | yes | 16200 | |
| 00560 | Dell Laptop #44300194O | 1,626.26 | 704.73 | 921.53 | Matt | yes | yes | 16200 | |
| 00570 | Dell Laptop #44997441.3 | 1,469.66 | 636.87 | 832.79 | Sandi | yes | yes | 16200 | |
| 00590 | Dell Laptop #65PX5K1 | 2,597.50 | 1,103.94 | 1,493.56 | Shawn | yes | yes | 16200 | |
| 00700 | Dell Computer ID# 200031295959594 | 1,418.40 | 673.74 | 744.66 | Dre | yes | yes | 16200 | |
| 00830 | Dell Laptop | 1,393.83 | 476.22 | 917.61 | Jason | yes | yes | 16200 | |
| 00840 | Dell Laptop | 1,393.85 | 476.25 | 917.60 | Jordon | yes | yes | 16200 | |
| 00850 | Dell Laptop | 1,393.85 | 476.25 | 917.60 | Zao | yes | yes | 16200 | |
| 00980 | Dell Computer | 1,415.40 | 460.01 | 955.39 | Tina | yes | yes | 16200 | |
| 01000 | Dell Laptop | 1,366.59 | 466.92 | 899.67 | Sunny | yes | yes | 16200 | |
| 01010 | Dell Laptop | 1,423.82 | 486.47 | 937.35 | Jon | yes | yes | 16200 | |
| 01030 | Xerox Phaser 8560 Printer | 1,292.70 | 237.00 | 1,055.70 | office | yes | yes | 16200 | |
| 01080 | XX Tpad T520 I5 - Zones | 1,184.94 | 108.62 | 1,076.32 | Katie | yes | yes | 16200 | |
| 01090 | XXTpad W520 I7 - Zones | 1,608.76 | 147.47 | 1,461.29 | Ryan | yes | yes | 16200 | |
| 01100 | Lenovo Think Pad T420 | 1,406.60 | 93.77 | 1,312.83 | Dre | yes | yes | 16200 | |
| | | 59,206.94 | 27,401.86 | 31,805.08 | | | | | |
| | Any and all remaining computer equipment, software, furniture and fixtures, manufacturing equipment, tools and personal property (fully expensed) | 0.00 | 0.00 | 0.00 | | | | | |
| | Asset sold to Haws | 128,189.60 | 62,969.09 | 65,220.51 | | | | | |
| | IP Assignment | | | 860,000.00 | | | | | |

IP ASSIGNMENT & ASSET TRANSFER - MEMO TO FILE
SPOT DEVICES TO HAWS CORPORATION

|  | Amount |
| --- | --- |
| IP ASSIGNMENT AGREEMENT (Debt Forgiveness) dated 1/3/2013 | $ 860,000.00 |
| All remaining Spot Devices assets at 1/3/2013* (Debt Forgiveness) | 65,220.51 |
| IP ASSIGNMENT AGREEMENT (Services Arrangement 2011, 2012 & Smart Shower Consulting Agreement) | 583,219.30 |
| TOTAL CONSIDERATION | $ 1,508,439.81 |

* These assets are not part of Carmanah Asset Purchase Agreement dated 11/14/2012

### 11. Closed financial accounts



None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes



None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs



None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person



None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| City of Portland<br>1221 SW 4th Avenue<br>Portland, OR 97204 | Credit, $83.51 | |
| Kimbrall Electric<br>7593 N. 73rd Drive<br>Glendale, AZ 85303 | Credit, $225.00 | |
| Asotin Anatone School District<br>315 1st Street<br>Asotin, WA 99402 | Credit, $10,790.00 | |
| City of Cupertino<br>1033 Torre Avenue<br>Cupertino, CA 95014 | Credit, $1,000.00 | |
| Slone Associates<br>835 Gil Harbin Boulevard<br>Valdosta, GA 31601 | Credit, $1,017.80 | |
| Seahurst Electric, Inc.<br>2915 Chestnut Street<br>Everett, WA 98201 | Credit, $6,258.50 | |
| Complete Electric, Inc.<br>637 Sebastian Boulevard<br>Sebastian, FL 32958 | Credit, $6,230.00 | |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Prodigy Electric, Inc.<br>2292 Batavia Road<br>Suite B<br>Orange, CA 92865 | Credit, $100.00 | |

### 15. Prior address of debtor

None  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ⊠ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ⊠ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Spot Holdings, Inc. | 0136 | 1455 Kleppe Lane Sparks, NV 89431 | Sales of signaling systems | 2004 - present |

None ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☒

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None ☒

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
John Pettibone

ADDRESS
Spot Holdings, Inc.
1455 Kleppe Lane
Sparks, NV 89431

None ☒ 

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| Jan. 6, 2012 | Linda Lessnau | $498,816 |
| Jan. 2, 2013 | Sunny Moore | $437,936 |

None ☐   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

Tim Henderson, Controller, Spot Holdings, Inc.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Dean McKay<br>1455 Kleppe Lane<br>Sparks, NV 89431 | Director/President | |
| Tom White<br>1455 Kleppe Lane<br>Sparks, NV 89431 | Director | |
| Michael Traynor<br>1455 Kleppe Lane<br>Sparks, NV 89431 | Director | |
| Thomas Burnham<br>1455 Kleppe Lane<br>Sparks, NV 89431 | Director | |
| John Pettibone<br>1455 Kleppe Lane<br>Sparks, NV 89431 | Secretary/Treasurer | |
| Haws Corporation<br>1455 Kleppe Lane<br>Sparks, NV 89431 | Shareholder | 90% of stock ownership |

**22 . Former partners, officers, directors and shareholders**

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                     ADDRESS                                     DATE OF WITHDRAWAL

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Timm Peddie, c/o Watson & Rounds, 5371 Kietzke Lane, Reno, NV 89511 | Director | Oct. 29, 2012 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                             DATE AND PURPOSE
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **Sept. 12, 2013**                          Signature   /s/ John Pettibone
                                                                **JOHN PETTIBONE**
                                                                **Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*