

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 08, 2015

_____

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive
Suite 2100
Reno, Nevada 89511
Telephone (775) 786-7600
E-Mail steve@harrislawreno.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
****

IN RE

SPOT HOLDINGS, INC., fdba SPOT DEVICES, INC.,
        Debtor.
_____/

BK-N- 13-51731-btb
CHAPTER 7

Adversary Case No.15-05044 -

**ORDER APPROVING AMENDED MOTION TO APPROVE SALE OF ESTATE ASSETS FREE AND CLEAR OF LIENS AND ENCUMBRANCES 11 U.S.C. §363(b) AND (f)**

Hearing Date:  November 17, 2015
and Time:  2:00 p.m.
Est Time: 5 Minutes

      The AMENDED MOTION TO APPROVE SALE OF ESTATE ASSETS FREE AND CLEAR OF LIENS AND ENCUMBRANCES (11 U.S.C. § 363(b) AND (f) ("Motion") (Docket No. 119) filed by W. Donald Gieseke, Trustee ("Trustee") of the Chapter 7 bankrupt estate of SPOT HOLDINGS, INC., fdba SPOT DEVICES, INC., Debtor herein, came before

the Court for hearing after notice to all creditors and parties in interest on November 17, 2015, at 2:00 p.m.; with Stephen R. Harris, Esq., of Harris Law Practice LLC, appearing on behalf of the Trustee and with the Trustee also present; with Timothy A. Lukas, Esq., of Holland & Hart LLP appearing on behalf of HAWS CORPORATION ("Haws"); with the Court taking notice of all of the papers and pleadings on file herein, including the RESPONSE TO AMENDED MOTION TO APPROVE SALE OF ESTATE ASSETS FREE AND CLEAR OF LIENS AND ENCUMBRANCES 11 U.S.C. §363 (b) AND (f) [Docket No. 124] filed herein by HAWS CORPORATION; and with the Court considering the oral presentations of counsel at hearing; and good cause appearing:

**IT IS HEREBY ORDERED** that the Trustee is authorized to sell the shares of Carmanah common stock in his possession over the period of time so as to not deflate the value of the stock by placing a large number of shares on the market at one time;

**IT IS FURTHER ORDERED** that the Trustee shall sequester the sales proceeds until Haws' asserted secured claim against the Carmanah common stock is resolved in the pending adversary proceeding between the parties.

**IT IS FURTHER ORDERED** that the parties are to appear before this Court for a Status Conference related to the sale of the Carmanah common stock on May 3, 2016, at 2:00 p.m.

SUBMITTED BY:                                          APPROVED BY

STEPHEN R. HARRIS, ESQ.                     TIMOTHY A. LUKAS, ESQ.
HARRIS LAW PRACTICE LLC                   HOLLAND & HART LLP
6151 Lakeside Drive, Suite 2100                 5441 Kietzke Lane #200
Reno, Nevada  89511                                   Reno, NV 89511

*/s/ Stephen R. Harris*                                  */s/ Timothy A. Lukas*
_____          _____
Attorneys for Trustee                                   Attorneys for Haws Corporation

## CERTIFICATION RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   The court has waived the requirement set forth in LR 9021(b)(1).

\_\_ \_\_   No party appeared at the hearing or filed an objection to the motion.

\_\_x\_\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Timothy A. Lukas, Esq.        approved
    Attorney for Haws Corporation

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

Dated this 3rd day of December 2015

                             */s/ Stephen R. Harris*
                             _____
                             STEPHEN R. HARRIS, ESQ.