STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

SPOT HOLDINGS, INC, fdba SPOT
DEVICES, INC.,

           Debtor.

_____/

BK-13-51731-btb
(Chapter 7)

**APPLICATION FOR APPROVAL OF
TRUSTEE'S ATTORNEYS' SEVENTH
INTERIM FEES AND
REIMBURSEMENT OF EXPENSES
(HARRIS LAW PRACTICE LLC)**

Hrg. DATE: January 9, 2018
and TIME:    2:00 p.m.
Est. Time:    5 minutes
Set By:       Calendar Clerk

| SEVENTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES | | |
|---|---|---|
| APPLICANT: STEPHEN R. HARRIS, ESQ., OF HARRIS LAW PRACTICE LLC, ATTORNEYS FOR TRUSTEE | | |
| TERMS OF EMPLOYMENT: STEPHEN R. HARRIS, ESQ., OWNER, ADMITTED 9/18/74, $400.00 PER HOUR; PARALEGAL, $150.00 to $225.00 PER HOUR | | |
| SEVENTH INTERIM APPLICATION for time period August 1, 2017 through November 30, 2017 | $18,325.00 | ATTORNEYS' FEES |
| | $1,543.71 | COSTS |
| TOTAL | $19,868.71 | |
| FEES PREVIOUSLY APPROVED BY THE COURT | $118,069.43 | |
| FEES PREVIOUSLY PAID | $118,069.43 | |
| UNPAID FEES | 0.00 | |

HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NV 89511
775 786 7600

1

| TASKS - HOURS - FEES - EXPENSES SUMMARY FOR APPLICATION: | | | |
|---|---|---|---|
| TASK NO. | WORK CATEGORY | HOURS | FEES |
| 1 | Asset Analysis and Recovery: | 0.00 | $0.00 |
| 2 | Asset Disposition: | 9.95 | $3,186.25 |
| 3 | Business Operations: | 0.00 | $0.00 |
| 4 | Case Administration: | 0.00 | $0.00 |
| 5 | Claims Administration and Objections: | 0.00 | $0.00 |
| 6 | Employee Benefits/Pensions: | 0.00 | $0.00 |
| 7 | Fee/Employment Applications: | 9.55 | $3,082.50 |
| 8 | Fee/Employment Objections: | 0.00 | $0.00 |
| 9 | Financing: | 0.00 | $0.00 |
| 10 | Litigation: | 36.95 | $12,056.25 |
| 11 | Meetings of Creditors: | 0.00 | $0.00 |
| 12 | Plan and Disclosure Statement: | 0.00 | $0.00 |
| 13 | Relief from Stay Proceedings: | 0.00 | $0.00 |
| | TOTALS | 56.45 | $18,325.00 |
| | BLENDED HOURLY RATE INCLUDING PARALEGALS | | $324.62 |
| ITEMIZED EXPENSES | | | |
| | FILING FEES | | $181.00 |
| | COPIES | | $858.55 |
| | POSTAGE | | $504.16 |
| | EXPENSES TOTAL | | $1,543.71 |

| TOTAL FEES AND EXPENSES THIS APPLICATION: | | $19,868.71 |
|---|---|---|

CASE STATUS:  CHAPTER 7 VOLUNTARY PETITION FOR RELIEF FILED ON AUGUST 29, 2013. ORDER APPOINTING TRUSTEE'S ATTORNEYS ENTERED SEPTEMBER 27, 2013.

PROSPECT FOR PAYMENT OF FEE/COST AWARD:        Debtor's estate has sufficient assets upon liquidation of the estate assets, including avoidance actions and settlements, for payment of all approved administrative expenses.

The APPLICATION FOR APPROVAL OF TRUSTEE'S ATTORNEYS' SEVENTH INTERIM FEES AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC) ("Applicant"), represents and states as follows:

1.        On August 29, 2013, Debtor SPOT HOLDINGS, INC., FDBA SPOT DEVICES, INC., a Nevada corporation ("Debtor"), filed its voluntary petition under Chapter 7 of the United States Bankruptcy Code.  W. DONALD GIESEKE ("Trustee") was appointed as the Trustee of the Debtor's bankrupt estate.  The Trustee filed his EX PARTE APPLICATION BY THE TRUSTEE TO EMPLOY STEPHEN R. HARRIS, ESQ., AS TRUSTEE'S COUNSEL PURSUANT TO BANKRUPTCY CODE SECTION 327(a) [Docket No. 11] on September 25, 2013, and the ORDER APPROVING EX PARTE APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY STEPHEN R. HARRIS, ESQ., AS TRUSTEE'S ATTORNEY PURSUANT TO 11 U.S.C. § 327(a) was entered herein on September 27, 2013 [Docket No. 13].

2.        Applicant has acted as the attorney for the Trustee, and has spent substantial time and incurred substantial costs in assisting the Trustee in filing an adversary complaint against Haws Corporation ("Haws") in seeking disallowance of the Haws claim of a security interest in the Debtor's estate arising from lending arrangements with the Debtor; seeking consent of the Court to sell common stock in the possession of the Trustee which will be distributed to allowed administrative priority and unsecured creditors pursuant to a Court approved Compromise and Settlement of the litigation with Haws; filing an adversary complaint against creditor Timm Peddie, seeking subordination of his claim and objecting to the claim of RRFB Global, Inc.

3.     This Application is made pursuant to §330 & §331 of the Bankruptcy Code, which section allows for reasonable compensation for services rendered by the professionals employed by a trustee.

4.     The Trustee's Attorney's professional services for which compensation is requested by Applicant were performed for the benefit of the Trustee, and not on behalf of any individual creditor or other person.

5.     With respect to the allocation of time expended by Trustee's attorneys concerning legal services performed on behalf of the Trustee, the following is relevant:

| 1 | Asset analysis and recovery -0.00 hrs | 0% | N/A |
|---|---|---|---|
| 2 | Asset disposition – 9.95 hrs | 17.63% | Time spent in drafting, filing and obtaining Court approval on Motion to Sell Personal Property pursuant to §363 (Carmanah stock). |
| 3 | Business operations - 0.00 hrs | 0% | N/A |
| 4 | Case administration – 0.00 hrs | 0% | N/A |
| 5 | Claims administration and objections –0.00 hrs | 0% | N/A |
| 6 | Employee benefits/pensions – 0.00 hrs | 0% | N/A |
| 7 | Fee/employment applications – 9.55 hrs | 16.91% | Statutory compliance. Time spent and for preparing and filing pleadings with respect to fee applications for Trustee's counsel and Special Litigation counsel, and attending hearing on same. |
| 8 | Fee/employment objections - 0.00 hrs | 0% | N/A |

| 9 | Financing – 0.0 hrs | 0% | N/A |
|---|---|---|---|
| 10 | Litigation – 36.95 hrs | 65.46% | Litigation matters re settling adversary complaint against Haws Corporation, including settlement discussions and preparation and filing of pleadings and attending hearing on Motion to Compromise and Settlement of Claims with Haws Corporation pursuant to FRBP 9019, and litigation matters involving RRFB Global, Inc., including the preparation and filing of pleadings and attending hearing on Motion to Compromise and Settlement of Claims with RRFB Global, Inc. pursuant to FRBP 9019. |
| 11 | Meetings of Creditors 0.00 hrs | 0% | N/A |
| 12 | Plan and Disclosure Statement 0.0 hrs | 0% | N/A |
| 13 | Relief from Stay Proceedings – 0.00 hrs | 0% | N/A |

6.      Other than as indicated in the itemized statements for professional services rendered and costs advanced, and those payments approved by the Court in its ORDER APPROVING APPLICATION BY TRUSTEE'S ATTORNEYS' REQUESTING APPROVAL FOR FIRST INTERIM FEES AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE0 [Docket No. 52] in the amount of $15,707.94, entered on May 27, 2014, the ORDER APPROVING APPLICATION BY TRUSTEE'S ATTORNEYS' SECOND INTERIM FEES AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC) [Docket No. 83, in the amount of $33,716.98, entered on September 25, 2014, the ORDER APPROVING APPLICATION FOR APPROVAL OF TRUSTEE'S ATTORNEYS' THIRD

INTERIM FEES AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC [Docket No. 109] in the amount of $17,211.83, entered on March 27, 2015, the ORDER APPROVING APPLICATION FOR APPROVAL OF TRUSTEE'S ATTORNEYS' FOURTH INTERIM FEES AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC [Docket No. 137] in the amount of $26,720.50, entered on January 4, 2016, the ORDER APPROVING APPLICATION FOR APPROVAL OF TRUSTEE'S ATTORNEYS' FIFTH INTERIM FEES AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC [Docket No. 163] in the amount of $10,150.01, entered on December 27, 2016, and the ORDER APPROVING APPLICATION FOR APPROVAL OF TRUSTEE'S ATTORNEYS' SIXTH INTERIM FEES AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC [Docket No. 191] in the amount of $14,562.17, entered on September 14, 2017, no other payments have been made or promised to be made to Applicant for services rendered or to be rendered in connection with these cases. Applicant has entered into no agreement(s) with any other person for the sharing of compensation received or to be received for professional services rendered in connection with this case, other than payment of contract legal services referenced herein, if approved by the Court.

7.    The reasonable value of the legal services rendered by Trustee's counsel, from August 1, 2017 through November 30, 2017, as attorneys for the Trustee in this Chapter 7 case, is $19,868.71; of which $18,325.00 is for legal fees, comprised of the sum of $13,180.00 based on 32.95 hours spent in rendering professional legal services, billed at the rate of $400.00 per hour, for Stephen R. Harris, Esq.; comprised of the sum of $4,860.00, based on 21.60 hours spent in rendering paralegal services, billed at the rate of $225.00 per hour, for Norma Guariglia; comprised of the sum of $285.00, based on 1.90 hours spent in rendering paralegal services billed at the rate of $150.00 per hour, for Hannah Bass, and reimbursement for necessary costs and out-of-pocket expenses in the amount of $1,543.71; for a net unpaid seventh interim fee and cost request of **$19,868.71.**    An itemization by month of these legal services rendered and costs incurred is attached hereto as **Exhibit "A"** and is incorporated herein by that reference.

8.    The Trustees' Attorneys' professional services rendered were necessary to the Trustee's administration of the Debtor's bankrupt estate; specifically reviewing the records of the Debtor, negotiating with Haws Corporation on its security interests, settling claims of RRFB Global, Inc. and Haws Corporation pursuant to FRBP Rule 9019 and liquidating stock held by the estate.

**WHEREFORE**, STEPHEN R. HARRIS, ESQ, of Harris Law Practice LLC, requests approval of seventh interim professional fees and costs, from August 1, 2017 through November 30, 2017 in the amount of $19,868.71; of which $18,325.00 is for legal fees, comprised of the sum of $13,180.00 based on 32.95 hours spent in rendering professional legal services, billed at the rate of $400.00 per hour, for Stephen R. Harris, Esq.; comprised of the sum of $4,860.00, based on 21.60 hours spent in rendering paralegal services, billed at the rate of $225.00 per hour; comprised of the sum of $285.00, based on 1.90 hours spent in rendering paralegal services billed at the rate of $150.00 per hour, and reimbursement for necessary costs and out-of-pocket expenses in the amount of $1,543.71; for a net unpaid seventh interim fee and cost request of **$19,868.71.** Trustee's Counsel also seeks approval/ratification of all monies received from Debtor's bankrupt estate and for the Trustee to pay this seventh interim fee and cost award from available estate assets as an allowed Chapter 7 administrative expense; and for such other and further relief as the Court deems just and proper under the circumstances.

DATED this 8th day of December, 2017.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

Attorneys for Trustee

HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NV 89511
775 786 7600

**V E R I F I C A T I O N**

Under penalties of perjury, the undersigned declares that he is the Applicant named in the foregoing **APPLICATION FOR APPROVAL OF TRUSTEE'S ATTORNEYS' SEVENTH INTERIM FEES AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC)** and knows the contents thereof; that the pleading is true of his own knowledge, except as to those matters stated on information and belief, and that as to such matters he believes them to be true.

Dated this 8th day of December, 2017.

_____
STEPHEN R. HARRIS, ESQ.

Approved:

/s/ W. Donald Gieseke
W. Donald Gieseke, Trustee

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# EXHIBIT "A"

24
25
26
27
28

HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NV 89511
775 786 7600

**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE, SUITE 2100**
**RENO, NV 89511**
775 786-7600    FAX 775 786-7764

# STATEMENT

September 01, 2017

Don Gieseke, Trustee
18124 Wedge Parkway
Suite 518
Reno, NV 89511
INVOICE NO.:    13383

Personal & Confidential

Re: Spot Holdings, Inc. Chapter 7 Liquidation
Proceeding- Trustee Representation

BALANCE DUE:    $22,787.04

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.    THANK YOU!    $ _____
MASTERCARD, VISA & AMEX ACCEPTED

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/1/2017 | SRH | Telephone conference with Trustee regarding Rule 9019 Motion with respect to proposed compromise and settlement with RRFB Global, and redrafted Rule 9019 Motion with RRFB Global with respect to $50,000 payment as full satisfaction of claim (1.6). | 1.60 | 640.00 |
| 8/4/2017 | SRH | Conference with Trustee regarding proposed compromise and settlement details with RRFB Global for purposes of including same in Rule 9019 Motion to approve compromise and settlement (.4). | 0.40 | 160.00 |
| | SRH | Redrafted email memo to Amy Tirre regarding terms and conditions for Rule 9019 settlement with RRFB Global (.1). | 0.10 | 40.00 |
| | SRH | Drafted Application to approve sixth interim attorney's fees and costs to Trustee's attorney (1.25). | 1.25 | 500.00 |
| | NG | Telephone conference with Trustee to discuss terms of settlement with RRFB Global, Inc. (.25); Telephone conference with A. Tirre to confirm details of settlement between Trustee and RRFB and email confirmation of same (.50); commence draft of proposed 9019 Motion with RRFB (1.0) | 1.75 | 393.75 |
| 8/7/2017 | SRH | Received/reviewed emails from Amy Tirre (2) outlining terms and conditions for compromise and settlement with Trustee and RRFB Global (.05). | 0.05 | 20.00 |
| | SRH | Redrafted email memo to Trustee with draft proposed Rule 9019 Motion to Approve Compromise and Settlement with RRFB attached (.05); Redrafted Rule 9019 Motion to Approve Compromise and Settlement with RRFB Global (1.1). | 1.15 | 460.00 |

Don Gieseke, Trustee                                                                                     Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/7/2017 | NG | Telephone conference (2) with Trustee to discuss settlement terms with RRFB; Continue work on draft 9019 Motion with RRFB and Notice of hearing on same and email all to Trustee for review and approval (1.5) | 1.50 | 337.50 |
| 8/8/2017 | SRH | Redrafted/filed Motion for Order Approving Trustee's compromise and settlement of claims with RRFB Global, Inc. and drafted/filed/served Notice of Hearing with respect to the Motion [Rule 9019] (1.4); Redrafted/filed Application to approve fourth interim attorney's fees and costs to Trustee's attorney (1.6). | 3.00 | 1,200.00 |
|  | SRH | Received/reviewed email from Trustee with changes proposed in attached redline of Rule 9019 Motion involving RRFB Global and redrafted same (.1). | 0.10 | 40.00 |
|  | SRH | Redrafted email memo to Amy Tirre with attached Rule 9019 Motion involving RRFB Global attached (.05). | 0.05 | 20.00 |
|  | SRH | Received/reviewed email from Amy Tirre regarding receipt of draft Rule 9019 Motion (.05). | 0.05 | 20.00 |
|  | SRH | Received/reviewed email from Amy Tirre with her redline edits to the 9019 Motion attached (.05). | 0.05 | 20.00 |
|  | SRH | Redrafted email memo to Trustee with Amy Tirre's recent changes to Rule 9019 Motion attached (.1); Redrafted email memo to Trustee with Amy Tirre's redline changes to 9019 Motion and authorization to file same (.05). | 0.15 | 60.00 |
|  | SRH | Received/reviewed email from Trustee regarding approval of filed Rule 9019 Motion involving RRFB Global (.05 N/C). | 0.05 | NO CHARGE |
|  | SRH | Redrafted email memo to Amy Tirre regarding final Rule 9019 Motion to be filed with respect to settlement with RRFB Global (.05). | 0.05 | 20.00 |
|  | SRH | Received/reviewed email from Amy Tirre regarding her client's approval of the 9019 Motion (.05). | 0.05 | 20.00 |
|  | SRH | Redrafted email memo to Trustee with sixth interim fee Application for Harris Law Practice LLC attached and permission to file same (.05). | 0.05 | 20.00 |
|  | NG | Review billing statements for HLP and prepare sixth interim fee application; finalize and file same along with Notice of hearing (1.75) | 1.75 | 393.75 |
| 8/9/2017 | SRH | Received/reviewed email from Amy Tirre regarding her client representative's approval of the Rule 9019 Motion (.05 N/C). | 0.05 | NO CHARGE |
| 8/22/2017 | SRH | Received/reviewed Limited Opposition pleading from Timm Peddie to Rule 9019 Motion to Compromise with RRFB Global Compromise and Settlement (.1); Telephone conferences with Tim Lukas (2) regarding basis for replying to Limited Opposition submitted by Timm Peddie (.2). | 0.30 | 120.00 |

Don Gieseke, Trustee                                                                    Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/23/2017 | SRH | Telephone conference with Amy Tirre regarding issues raised by Timm Peddie in his Limited Opposition (.2). | 0.20 | 80.00 |
| 8/24/2017 | SRH | Telephone conferences with Tim Lukas (2) regarding basis for replying to Timm Peddie's Limited Opposition (.2). | 0.20 | 80.00 |
| 8/28/2017 | SRH | Redrafted Rule 9019 Motion on Haws Compromise and Settlement (1.75); Received/reviewed email from Tim Lukas and telephone conference with Trustee regarding Rule 9019 Motion to be filed with respect to Haws litigation (.2). | 1.95 | 780.00 |
|  | SRH | Received/reviewed emails from Tim Lukas (2) regarding Rule 9019 Motion in Haws adversary proceeding to be filed (.05). | 0.05 | 20.00 |
|  | SRH | Redrafted email memo to Tim Lukas with draft 9019 Motion involving Haws adversary proceeding and redrafted Rule 9019 Motion approving compromise and settlement of Haws litigation (1.1). | 1.10 | 440.00 |
|  | NG | Review information on settlement between Trustee and Haws Corporation and prepare draft of Rule 9019 Motion to approve settlement (2.0) | 2.00 | 450.00 |
| 8/29/2017 | SRH | Redrafted/filed Reply to Limited Opposition to Motion for Order Approving Trustee's Compromise and Settlement of Claims with RRFB Global (.75); Redrafted/filed Rule 9019 Motion to Approve Compromise and Settlement of Haws adversary proceeding (.7). | 1.45 | 580.00 |
|  | SRH | Received/reviewed email from Tim Lukas on Rule 9019 Motion to Approve Haws Compromise and Settlement of adversary proceeding (.05); Redrafted email memo to Trustee with proposed Motion to Compromise and Settle Haws adversary proceeding attached (.05). | 0.10 | 40.00 |
|  | SRH | Redrafted email memo to Trustee regarding filing Motion involving Haws (.05); Redrafted email memo to Tim Lukas with draft Rule 9019 Motion involving Haws attached, and redrafted email memo to Tim Lukas with Trustee's proposed reply to Timm Peddie Limited Opposition attached (.2). | 0.25 | 100.00 |
|  | SRH | Received/reviewed emails from Tim Lukas (3) authorizing filing of Motion to Approve Haws Compromise and Settlement and redrafted email to Tim Lukas in response to same (.1). | 0.10 | 40.00 |
|  | SRH | Received/reviewed email from Rob Smith regarding response (.05). | 0.05 | 20.00 |
|  | NG | Review comments from Trustee re: 9019 Motion with Haws Corporation, revise Motion and email to T. Lukas for review and signature; prepare Notice of Hearing on same and finalize, file Motion and Notice of hearing on same (1.0); draft/ finalize and file Reply to Peddie Opposition to RRFB 9019 Motion (1.1) | 2.10 | 472.50 |

Don Gieseke, Trustee

Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/30/2017 | SRH | Received/reviewed email from Tim Lukas with signature page approving from Haws (.05 N/C). | 0.05 | NO CHARGE |
| 8/31/2017 | SRH | Redrafted/filed Errata to Rule 9019 Motion to include signature page, filed both in adversary action and main action (.2); Redrafted/filed/served Notice of Hearing on 9019 Motion, both filed in adversary case and main case (.4). | 0.60 | 240.00 |
| | SRH | Telephone conferences with Amy Tirre (2) regarding Haws Rule 9019 Motion to Approve Compromise and Settlement on adversary proceeding against Haws (.2). | 0.20 | 80.00 |

| | | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 23.90 | $7,907.50 |
| Additional charges: | | | |

| | | Qty | |
|---|---|---|---|
| 8/31/2017 | Photocopies for August 2017 | 546 | 191.10 |
| | Postage for August 2017 | 1 | 126.27 |
| | Total costs | | $317.37 |
| | Total amount of this bill | | $8,224.87 |
| | Previous balance | | $14,562.17 |
| | Balance due | | $22,787.04 |

### Staffmember Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephen R. Harris, Esq. | 14.65 | 400.00 | $5,860.00 |
| Norma Guariglia, Paralegal | 9.10 | 225.00 | $2,047.50 |

**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE, SUITE 2100**
**RENO, NV 89511**
775 786-7600    FAX 775 786-7764

# STATEMENT

October 01, 2017

Don Gieseke, Trustee
18124 Wedge Parkway
Suite 518
Reno, NV 89511

INVOICE NO.:    13437

Personal & Confidential

Re: Spot Holdings, Inc. Chapter 7 Liquidation
Proceeding- Trustee Representation

| | BALANCE DUE: | $15,433.66 |
|---|---|---|
| | $ | |

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.    THANK YOU!
MASTERCARD, VISA & AMEX ACCEPTED

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/5/2017 | SRH | Conference with Trustee/Tim Lukas regarding Court appearance on Rule 9019 Motion to Compromise and Settle unsecured claim outstanding with RRFB Global (.25); Conference with Adam McMillen regarding his Limited Opposition to proposed compromise and settlement with RRFB Global (.4); Court appearance on Rule 9019 Motion to Compromise and Settle RRFB Global unsecured claim for $50,000 (.8), and redrafted Order approving Rule 9019 Motion with RRFB Global general unsecured claim (.3); Court appearance on sixth interim Fee Application by Trustee's attorney (.3), and redrafted Order approving same (.2). | 2.25 | 900.00 |
| | NG | Prepare notice of hearing on 9019 Motion with Haws and finalize/ file/ serve same (.75); prepare Order Approving interim fee application for HLP (.75) | 1.50 | 337.50 |
| 9/6/2017 | SRH | Received/reviewed email from Amy Tirre regarding RRFB Global draft mutual release (.05). | 0.05 | 20.00 |
| | SRH | Redrafted email memo to Bill Cossitt regarding proposed order approving fees (.05). | 0.05 | 20.00 |
| 9/7/2017 | HB | Drafted/filed Certificate of Service with respect to Notice of Hearing on Trustee's Motion to Compromise and Settle claims with Haws Corporation in adversary proceeding and main case (.3). | 0.30 | 45.00 |
| | SRH | Received/reviewed email from Bill Cossitt U.S. Trustee's Office regarding signoff on order (.05). | 0.05 | 20.00 |

Don Gieseke, Trustee                                                                                           Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/7/2017 | SRH | Redrafted email memo Amy Tirre regarding settlement pursuant to Rule 9019 motion (.05). *10* | 0.05 | 20.00 |
| 9/15/2017 | SRH | Redrafted Harris Law Practice LLC sixth interim fee order and forwarded same to Trustee for his approval (.2). *7* | 0.20 | 80.00 |
| 9/19/2017 | SRH | Received/reviewed Limited Opposition pleading filed by Timm Peddie to Motion to Approve Compromise and Settlement of Claims with Haws (.25). *10* | 0.25 | 100.00 |
|  | SRH | Received/reviewed email from Tim Lukas and telephone conference with Tim Lukas regarding draft Reply to Limited Opposition pleading (.15) *10* | 0.15 | 60.00 |
|  | SRH | Drafted Motion to Approve Sale of Personal Property Free and Clear of Liens and Encumbrances pursuant to §363(b)(f) (1.25). *2* | 1.25 | 500.00 |
|  | NG | Review email from Trustee and redrafted Motion to sell Carmanah stock back to Carmanah, along with Order Shortening Time pleadings (3.0) *2* | 3.00 | 675.00 |
| 9/20/2017 | SRH | Redrafted/filed Motion to Approve Sale of Personal Property Free and Clear of Liens and Encumbrances pursuant to §363(b)(f) (1.5); *2* Redrafted/filed/lodged Order Shortening Time pleadings with respect to Motion to approve sale of stock (.4). *2* | 1.90 | 760.00 |
|  | SRH | Redrafted email memo to Trustee with draft sale pleadings attached (.05). *2* | 0.05 | 20.00 |
| 9/21/2017 | SRH | Redrafted/filed/served Notice of Hearing on Motion to Approve Sale of Personal Property Free and Clear of Liens (.4). *2* | 0.40 | 160.00 |
| 9/22/2017 | SRH | Redrafted email memo to Trustee with draft Order approving compromise and settlement with RRFB Global, and telephone conferences with Trustee (2) regarding details of Order (.5). *10* | 0.50 | 200.00 |
|  | NG | Review 9019 Motion with RRFB and prepare draft of Mutual Release Agreement between parties (1.5); and prepare draft of Order approving 9019 Motion with RRFB and email all to Trustee for review (1.0) *10* *10* | 2.50 | 562.50 |
| 9/25/2017 | SRH | Redrafted email memo to Amy Tirre with proposed Order approving Rule 9019 Motion with RRFB attached along with redrafted mutual release between RRFB and the Trustee (.2). *10* | 0.20 | 80.00 |
|  | NG | Review Opposition to 9019 Motion with Haws and prepare draft reply to same and email to T. Lukas for review (1.75) *10* | 1.75 | 393.75 |
|  | NG | Revise draft Mutual Release Agreement with RRFB and Order approving 9019 Motion and email same to A. Tirre for review and approval (.75) *10* | 0.75 | 168.75 |

Don Gieseke, Trustee

Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/26/2017 | HB | Drafted/filed Certificate of Service with respect to Notice of Hearing regarding Motion to Sell (.2). | 0.20 | 30.00 |
| | SRH | Telephone conferences with Tim Lukas and Trustee regarding review of draft Reply pleading to limited Opposition filed by Timm Peddie (.3), and redrafted/filed Reply to Limited Opposition to Trustee's Motion to Approve Compromise and Settlement with Haws Corporation (1.1). | 1.40 | 560.00 |
| | SRH | Redrafted email memo to Tim Lukas with Trustee's proposed Reply to Timm Peddie's Limited Opposition attached, and redrafted email memo to Trustee with Trustee's proposed Reply to Timm Peddie's Limited Opposition attached (.05). | 0.05 | 20.00 |
| | SRH | Received/reviewed email from Tim Lukas with changes to Reply pleading attached and redrafted Reply pleading, and received/reviewed email from Trustee with proposed minor changes to attached to proposed Reply pleading (.2). | 0.20 | 80.00 |
| | NG | Revise/ finalize and file Reply to Opposition to 9019 Motion with Haws (.50) | 0.50 | 112.50 |
| 9/27/2017 | SRH | Received/reviewed email from Amy Tirre regarding edited mutual release with attachment on RRFB Global compromise and settlement approval (.1). | 0.10 | 40.00 |
| | SRH | Redrafted email memo to Amy Tirre regarding Order approving (.05). | 0.05 | 20.00 |
| 9/29/2017 | SRH | Redrafted/lodged Order approving compromise and settlement of claims with RRFB Global pursuant to FRBP 9019 (.2). | 0.20 | 80.00 |
| | SRH | Redrafted email memo to Trustee regarding Peddie Opposition to Motion to Sell Stock and reviewed Opposition (.2). | 0.20 | 80.00 |
| | SRH | Received/reviewed email from Trustee regarding Peddie Opposition (.05 N/C). | 0.05 | NO CHARGE |
| | SRH | Redrafted email memos to Trustee and Amy Tirre regarding Order approving 9019 Motion involving RRFB, and received/reviewed email from Amy Tirre regarding same (.1). | 0.10 | 40.00 |
| | NG | Review redline revisions from A. Tirre to 9019 Order with RRFB and Mutual Release Agreement and finalize/ email to A. Tirre to obtain final approval prior to lodging with Court (.50) | 0.50 | 112.50 |

|  |  | | |
|---|---|---|---|
| For professional services rendered | | 20.70 | $6,297.50 |

Don Gieseke, Trustee                                                          Page    4

Additional charges:

|  |  | Qty | Amount |
|---|---|---|---|
| 9/20/2017 | Filing Fee for Motion to Sell | 1 | 181.00 |
| 9/30/2017 | Photocopies for September 2017 | 1,365 | 477.75 |
|  | Postage for September 2017 | 1 | 252.54 |

| | |
|---|---|
| Total costs | $911.29 |
| Total amount of this bill | $7,208.79 |
| Previous balance | $22,787.04 |
| 9/20/2017 Payment - thank you | ($14,562.17) |
| Total payments and adjustments | ($14,562.17) |
| Balance due | $15,433.66 |

Staffmember Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephen R. Harris, Esq. | 9.65 | 400.00 | $3,860.00 |
| Norma Guariglia, Paralegal | 10.50 | 225.00 | $2,362.50 |
| Hannah Bass, Paralegal | 0.50 | 150.00 | $75.00 |

**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE, SUITE 2100**
**RENO, NV 89511**
775 786-7600    FAX 775 786-7764

# STATEMENT

November 01, 2017

Don Gieseke, Trustee
18124 Wedge Parkway
Suite 518
Reno, NV 89511

INVOICE NO.:    13492

Personal & Confidential

Re: Spot Holdings, Inc. Chapter 7 Liquidation
Proceeding- Trustee Representation

BALANCE DUE:        $18,554.91

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.    THANK YOU!    $ _____
MASTERCARD, VISA & AMEX ACCEPTED

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/3/2017 | SRH | Preparation for Court hearing on sale approval of Carmanah stock and conference with Tim Lukas regarding same, and Court appearance on sale motion (1.25); Court appearance on Rule 9019 Haws litigation compromise and settlement hearing, and conference with Tim Lukas/Adam McMillen regarding status of same (.5); Drafted Carmanah stock Sale Order (.25). | 2.00 | 800.00 |
| 10/4/2017 | SRH | Telephone conference with Amy Tirre regarding RRFB entry of Order (.1). | 0.10 | 40.00 |
| 10/9/2017 | SRH | Redrafted email memo to Trustee regarding sale of stock order (.05). | 0.05 | 20.00 |
| | NG | Prepare draft of proposed Order authorizing sale of Carmanah stock (.75). | 0.75 | 168.75 |
| 10/10/2017 | SRH | Received/reviewed email from Robert Dotson with his interim billings attached, and redrafted Application to Pay Interim Attorney's Fees from February through June 2017 for Robert Dotson (1.1). | 1.10 | 440.00 |
| | SRH | Redrafted email memo to Trustee with Order to sell Carmanah stock attached (.05). | 0.05 | 20.00 |
| | NG | Finalize Order approving sale of Carmanah stock and email to D. Gieseke for review and approval (.25) | 0.25 | 56.25 |
| 10/11/2017 | SRH | Received/reviewed email from Trustee regarding approval of Rule 9019 Order on selling stock (.05). | 0.05 | 20.00 |

Don Gieseke, Trustee                                                                                          Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/11/2017 | SRH | Redrafted email memo to Trustee regarding Court's ruling on pending Motion to Sell Carmanah stock (.05); Redrafted email memo to attorneys, including Tim Lukas, with Order approving Motion to Approve Sale of Personal Property Free and Clear of Liens and Encumbrances pursuant to §363 and redrafted same (.15). | 0.20 | 80.00 |
|  | NG | Revise/ finalize proposed Order approving sale of Carmanah stock and email to T. Lukas/ A. McMillan for review and approval (.25) | 0.25 | 56.25 |
| 10/12/2017 | SRH | Telephone conference with Trustee regarding Haws compromise and settlement approval hearing (.1). | 0.10 | 40.00 |
|  | SRH | Received/reviewed email from Tim Lukas regarding approval of Order (.05). | 0.05 | 20.00 |
| 10/13/2017 | SRH | Telephone conferences with Trustee (2) regarding unresolved issues with Haws Rule 9019 compromise and settlement approval (.2). | 0.20 | 80.00 |
| 10/16/2017 | SRH | Preparation for Court hearing and decision in the Trustee v. Haws adversary proceeding (1.75), and conference with Tim Lukas/Trustee regarding possible arguments that could be raised against offer in compromise and settlement involving Haws Corporation adversary proceeding (.25); Court appearance on Haws adversary status and decision on compromise and settlement with Haws Corporation and the Trustee, and drafted Order approving of Rule 9019 offer to compromise and settle with Haws (1.1). | 3.10 | 1,240.00 |
|  | SRH | Received/reviewed email from Adam McMillen regarding approval of Order authorizing sale of Carmanah stock (.05). | 0.05 | 20.00 |
| 10/30/2017 | SRH | Received/reviewed emails from Amy Tirre (2) regarding status of $50,000 payment to RRFB with order attached (.05). | 0.05 | 20.00 |
|  | SRH | Received/reviewed email from Robert Dotson regarding disassociation of Adam McMillen (.05 N/C). | 0.05 | NO CHARGE |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 8.40 | $3,121.25 |
| Previous balance | | $15,433.66 |
| Balance due | | $18,554.91 |

## Staffmember Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephen R. Harris, Esq. | 7.10 | 400.00 | $2,840.00 |
| Norma Guariglia, Paralegal | 1.25 | 225.00 | $281.25 |

**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE, SUITE 2100**
**RENO, NV 89511**
775 786-7600    FAX 775 786-7764

# STATEMENT

December 01, 2017

Don Gieseke, Trustee
18124 Wedge Parkway
Suite 518
Reno, NV 89511
INVOICE NO.:    13506

Personal & Confidential

Re: Spot Holdings, Inc. Chapter 7 Liquidation
Proceeding- Trustee Representation

BALANCE DUE:        $19,868.71

$ _____

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.   THANK YOU!
MASTERCARD, VISA & AMEX ACCEPTED

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2017 | SRH | Received/reviewed emails from Amy Tirre (2) regarding payment of $50,000 settlement check, and received/reviewed email response from Trustee on same (.05); Redrafted email memo to Trustee with draft proposed Order on Rule 9019 Motion with Haws Corporation attached and redrafted same, and received/reviewed email response from Trustee (.2). | 0.25 | 100.00 |
| | NG | Draft proposed Order approving compromise and settlement of claims with Haws Corporation (.75). | 0.75 | 168.75 |
| 11/2/2017 | HB | Circulated Order Approving 9019 Motion with Haws Corporation to attorneys for review and signoff on same (.2). | 0.20 | 30.00 |
| 11/3/2017 | SRH | Redrafted/lodged Order approving Compromise and Settlement of Claims with Haws Corporation (.2). | 0.20 | 80.00 |
| | SRH | Received/reviewed email from Ryan Cudnik regarding change in name attached to the Order and redrafted email response to same (.05). | 0.05 | 20.00 |
| 11/6/2017 | HB | Drafted Sixth Interim Fee Application for Trustee's Special Litigation Counsel Dotson Law (.75); Drafted Notice of Hearing with respect to Sixth Interim Fee Application for Dotson Law (.25). | 1.00 | 150.00 |
| | SRH | Received/reviewed entered Order on Haws Rule 9019 Compromise and Settlement (.1 N/C). | 0.10 | NO CHARGE |
| 11/13/2017 | SRH | Redrafted email memo to Robert Dotson and Trustee with Sixth Interim Fee Application for Dotson Law attached (.05). | 0.05 | 20.00 |

Don Gieseke, Trustee                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/15/2017 | SRH | Redrafted/filed Application for Authorization to Pay Trustee's Special Counsel (Dotson Law) (.6), and redrafted/filed/served Notice of Hearing with respect to same (.3). | 0.90 | 360.00 |
|  | SRH | Received/reviewed email response from Trustee regarding Fee Application (.05 N/C). | 0.05 | NO CHARGE |
| 11/21/2017 | HB | Drafted/filed Certificate of Service with respect to Notice of Hearing on Dotson Law Sixth Interim Fee Application (.2). | 0.20 | 30.00 |
| 11/30/2017 | SRH | Telephone conference with Trustee regarding designation of continuing interim Fee Applications as opposed to final Fee Application order (.1). | 0.10 | 40.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 3.85 | $998.75 |
| Additional charges: | | |

|  |  | Qty |  |
|---|---|---|---|
| 11/30/2017 | Photocopies for November 2017 | 542 | 189.70 |
|  | Postage for November 2017 | 1 | 125.35 |

| | |
|---|---|
| Total costs | $315.05 |
| Total amount of this bill | $1,313.80 |
| Previous balance | $18,554.91 |
| Balance due | $19,868.71 |

### Staffmember Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephen R. Harris, Esq. | 1.55 | 400.00 | $620.00 |
| Norma Guariglia, Paralegal | 0.75 | 225.00 | $168.75 |
| Hannah Bass, Paralegal | 1.40 | 150.00 | $210.00 |